UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| *In re* SUSAN MACKIE et al., | ) ) ) ) ) ) ) ) | 3:14-cv-00323-RCJ |
| Petitioners. | | **ORDER** |

Pro se Petitioners Stuart and Susan Mackie have asked the Court to "open and maintain a file in which Petitioners can perpetuate testimony and compile and protect documents in preparation for a federal civil suit." A civil action is commenced by filing a complaint, and the present Petition does not resemble a complaint in form or substance. *See* Fed. R. Civ. P. 3.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion (ECF No. 1) is STRICKEN and the Clerk shall close the case.

IT IS SO ORDERED.

Dated this 28th day of October, 2014.

_____
ROBERT C. JONES
United States District Judge